IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**TEKESHA L. EDWARDS**                                                           **PLAINTIFF**

**v.**                                                **CIVIL ACTION NO. 1:22-cv-130-JMV**

**COMMISSIONER OF**
**SOCIAL SECURITY**                                                   **DEFENDANT**

<u>**JUDGMENT**</u>

For the reasons given in this Court's Order [27] entered on August 9, 2023, it is hereby ordered and adjudged that the Commissioner's decision is **affirmed**.

SO ORDERED, this the 9th day of August, 2023.

                                                **/s/ Jane M. Virden**
                                                **UNITED STATES MAGISTRATE JUDGE**